**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

RE: TODD SHARON                                    ) Case No. 14 B 42244
                                                   )
                                    Debtor         ) Chapter 13
                                                   )
                                                   ) Judge: JACK B SCHMETTERER

## NOTICE OF MOTION

TODD SHARON                                        SULAIMAN LAW GROUP LTD
                                                   via Clerk's ECF noticing procedures
5122 ARQUILLA DRIVE
RICHTON PARK, IL 60471

Please take notice that on April 06, 2016 at 9:30 am my designee or I will appear before the Honorable Judge JACK B SCHMETTERER at 219 South Dearborn Courtroom 682, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E Monroe St., Chicago, Il 60603 or by the methods indicated on March 14, 2016.

                                                           /s/ Tom Vaughn

### TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On November 21, 2014 the Debtor filed a petition and plan under Chapter 13 of Title 11 U.S.C.

2. The debtor's plan was confirmed on April 01, 2015.

   A summary of the debtor's plan follows:

   Monthly Payment  $585.00              Last Payment Received: 12/15/2015

   Amount Paid $7,020.00                 Amount Delinquent    $1,755.00

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtor with respect to the term of a confirmed plan, pursuant to § 1307 (c) (6).

                                                   Respectfully submitted,

TOM VAUGHN
CHAPTER 13 TRUSTEE                                 /s/ Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900